# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Deutsche Leasing USA, Inc.
                                          Plaintiff,

v.                                                         Case No.: 1:18−cv−04559
                                                           Honorable Joan H. Lefkow

Horsepower Site Services, LLC, et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 11, 2018:

MINUTE entry before the Honorable Joan H. Lefkow: Status hearing held. Nonexpert discovery will close by 1/10/2019. Status hearing is set for 12/4/2018 at 11:00 a.m. If the parties jointly wish to have a settlement conference, they may contact the Court's courtroom deputy for a referral to the magistrate judge. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.